```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15136
   DAVID THOMAS
   TINA THOMAS                                  CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

        Debtor
   SSN XXX-XX-5800    SSN XXX-XX-8270

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 08/21/07 and confirmed on 10/19/07.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  39216.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAN HOME MTGE | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN HOME MTGE | MORTGAGE ARRE | 1322.11 | .00 | 1322.11 |
| CHRYSLER FINANCIAL SVC A | SECURED VEHIC | 5851.00 | 345.73 | 5851.00 |
| DUPAGE COUNTY COLLECTOR | PRIORITY | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 1637.60 | .00 | 1637.60 |
| INTERNAL REVENUE SERVICE | PRIORITY | 9.69 | .00 | 9.69 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCE AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT NEXTEL | UNSECURED | 1691.20 | .00 | 668.95 |
| CAPITAL ONE BANK | UNSECURED | 2130.46 | .00 | 842.70 |
| CAPITAL MANAGEMENT SERVI | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE/JPM CHASE | UNSECURED | 10984.58 | .00 | 4344.95 |
| B REAL LLC | UNSECURED | 458.46 | .00 | 181.34 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 6423.02 | .00 | 2540.62 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | 189.65 | .00 | 75.02 |
| CITY OF AURORA | UNSECURED | NOT FILED | .00 | .00 |
| SORIS CASE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| NORDSTROM FSB | UNSECURED | 9485.64 | .00 | 3752.04 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DISCOVER BANK | UNSECURED | 9065.90 | .00 | 3586.01 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 230.15 | .00 | 91.04 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1288.21 | .00 | 509.55 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 2726.83 | .00 | 1078.60 |
| GE MONEY BANK | UNSECURED | 109.16 | .00 | 43.18 |
| GOLDSTINE SKRODZKI ET AL | UNSECURED | 754.00 | .00 | 298.24 |
| ILLINOIS STUDENT ASSIST | UNSECURED | 1016.17 | .00 | 401.95 |

```
ECAST SETTLEMENT CORPORA  UNSECURED        1999.35              .00         790.84
KCA FINANCIAL SERVICES    UNSECURED     NOT FILED              .00             .00
CHASE BANK USA            UNSECURED        1385.30              .00         547.95
DEBORAH ASHEN ESQ         UNSECURED     NOT FILED              .00             .00
FEDERATED RETAIL HOLDING  UNSECURED         133.54              .00          52.82
MCS                       UNSECURED     NOT FILED              .00             .00
NICOR GAS                 UNSECURED         202.85              .00          80.24
NORDSTROM FSB             UNSECURED     NOT FILED              .00             .00
PORTFOLIO RECOVERY ASSOC  UNSECURED        4054.92              .00        1603.92
SEARS                     UNSECURED     NOT FILED              .00             .00
T MOBILE                  UNSECURED     NOT FILED              .00             .00
JOHN DEERE LANDSCAPES     UNSECURED        8553.49              .00        3383.33
TRANSWORLD SYSTEMS INC    UNSECURED     NOT FILED              .00             .00
RUSH COPLEY               UNSECURED     NOT FILED              .00             .00
CHASE BANK USA            UNSECURED     NOT FILED              .00             .00
CHRYSLER FINANCIAL SVC A  UNSECURED          43.61              .00          17.25
INTERNAL REVENUE SERVICE  UNSECURED         185.37              .00          73.32
ILLINOIS DEPT REVENUE     UNSECURED         187.94              .00          74.34
VATIV RECOVERY SOLUTIONS  UNSECURED         320.22              .00         126.66
```

Summary of disbursements:

```
                         SECURED     PRIORITY    UNSECURED        OTHER         TOTAL
TOTAL CLMS ALLOWED       7173.11      1647.29     63620.02          .00      72440.42
PRINCIPAL PAID           7173.11      1647.29     25164.86          .00      33985.26
INTEREST PAID             345.73          .00          .00          .00        345.73
TOTAL PAID               7518.84      1647.29     25164.86          .00      34330.99
```

The Debtor's attorney, JAMES A YOUNG & ASSOC                , was allowed $   3500.00
and was paid $    700.00   direct and $   2800.00   through the plan.

The Trustee received $   2085.01 .

Refunds to the Debtor totaled $        .00 .




Dated: 01/20/09                       /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE

```
                         PAGE   3
CASE NO. 07 B 15136 DAVID THOMAS & TINA THOMAS
```